IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Borough of East McKeesport      :
                                   :
          v.                 :     No. 488 C.D. 2017
                                   :
Eugene R. Grove and          :
Mary R. Mechelli,            :
                   Appellants   :

## O R D E R

NOW, March 16, 2018, having considered appellant Mary Mechelli's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge